AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

[Clear Form]

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

ZURICH AMERICAN INSURANCE COMPANY )
)
)
Plaintiff )
v. )
GENENTECH, INC., INTERMUNE, INC., and )
W. SCOTT HARKONEN )
)
Defendant )

CV 08 3797

Civil Action No.

**Summons in a Civil Action**

To: GENENTECH, INC., 1 DNA Way, South San Francisco, California 94080-4990
*(Defendant's name)* and all named Defendants listed above

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kahn Gauthier Swick, LLC
Lewis S. Kahn
650 Poydras Street, Ste. 2150
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: AUG 8 2008

HELEN L. ALMACEN
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                                _____
                                                        Server's signature

                                                _____
                                                      Printed name and title

                                                _____
                                                        Server's address

Case 3:08-cv-03797-MMC   Document 3   Filed 08/08/2008   Page 2 of 2