1

Kim E. Miller (CA Bar. No. 178370)
Kim.Miller@kgscounsel.com

2

Kahn Gauthier Swick, LLC
12 E. 41st St., 12th Floor

3

New York, NY 10017
Tel:  (212) 696-3730

4

Fax: (212) 455-1498

5

Lewis S. Kahn
Lewis.Kahn@kgscounsel.com

6

Kahn Gauthier Swick, LLC
650 Poydras Street, Suite 2150

7

New Orleans, LA 70130
Tel:  (504) 455-1400

8

Fax: (504) 455-1498

9

*Plaintiff's Counsel*
[Additional Counsel Listed on Signature Page]

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

14

ZURICH AMERICAN INSURANCE
COMPANY,

No. 08-cv-3797 MMC

15

Plaintiff,

**ADMNISTRATIVE MOTION TO**

16

v.

**CONSIDER WHETHER CASES
SHOULD BE RELATED**

17

GENENTECH, INC., INTERMUNE, INC.,
AND W. SCOTT HARKONEN

18

Judge Maxine M. Chesney

Defendants,

19

20

**TO ALL PARTIES AND TO THEIR COUSEL OF RECORD:**

21

Pursuant to Local Rule 3-12, Plaintiff Zurich American Insurance Company ("Zurich")

22

respectfully submits this administrative motion to consider whether a case filed in this District,

23

*Zurich American Insurance Company. v. Genentech, Inc., et al.*, Case No. 08-cv-03797 ("*Zurich*")

24

(filed August 8, 2008) should be related to four other cases filed in this District: *United States v.*

25

*InterMune, Inc.* Case No. 06-cr-00707 MHP ("*InterMune*"), filed October 2, 2006; *United States*

26

27

*v. Harkonen,* Case No. 08-cr-00164 MHP ("*Harkonen*"), filed March 18, 2008; *Debra Jane*

28

ADMINISTRATIVE MOT. TO CONSIDER WHETHER          - 1 -
CASES SHOULD BE RELATED – NO. 08-cv-3797 MMC

*Jarrett, et al. v. InterMune, Inc., et al.,* Case No. 08-cv-02376 (*"Jarrett"*) filed May 8, 2008; and *Linda K. Rybkoski, et al. v. InterMune, Inc., et al.*, Case No. 08-cv-02916 ("*Rybkoski*"), filed June 11, 2008. The five actions concern substantially the same parties, transactions and events, and it appears likely that there will be an unduly burdensome duplication of labor and expense or the risk of conflicting results if the cases are adjudicated before different judges.

On October 26, 2006, the United States filed an Information, CR 06-0707 JSW, later changed to CR 06-0707 MHP, charging InterMune, Inc. with one felony count of violation the Food, Drug, and Cosmetic Act (21 U.S.C §§ 331(k) an 333(a)(2)) by promoting its drug ACTIMMUNE for the treatment of idiopathic pulmonary fibrosis ("IPF"), a condition for which it was not approved by the FDA, while the drug was held for sale after shipment in interstate commerce. InterMune, Inc. entered into a deferred prosecution agreement which was approved by the Court on or about December 4, 2006.

On March 18, 2008, the grand jury indicted W. Scott Harkonen on one count of wire fraud (18 U.S.C. § 1343) and one felony count of violating the Food, Drug, and Cosmetic Act (21 U.S.C. §§ 331(k), 333(a)(2) and 352(a)) related to his role in the creation and dissemination of false and misleading information about the efficacy of ACTIMMUNE as a treatment for IPF. Harkonen was the former Chief Executive Office and board member of InterMune, Inc., and held those positions during the period of time at issue in the information filed against InterMune, Inc., August 2002 through January 2003.

On April 1, 2008, the Court found that *Harkonen* was related to *InterMune*.

On May 20, 2008, the Court found that *Jarrett*, a civil case, was related to the *Harkonen* and *InterMune* criminal cases.

On July 23, 2008, the Court found that *Rybkoski*, another civil case, was related to *Jarrett* (civil), *Harkonen* (criminal), and *InterMune* (criminal) cases.

This case should be related to *Rybkoski, Jarrett, Harkonen,* and *InterMune* cases.  All five of these cases involve the same underlying conduct and harm: a scheme to defraud by falsely portraying ACTIMMUNE as a medically effective and scientifically proven treatment for IPF.  All five cases involve the same product, the same documents, and the same witnesses.  In the case of *InterMune* and *Harkonen* the victims of the scheme are governmental health care programs and payers, e.g., Medicare and Medicaid.  In the cases of *Jarrett* and *Rybkoski*, the victims are consumers who ingested and paid out of pocket for all or part of the drug.  In this case brought by Zurich, the victims are private health care payors such as commercial insurers, employee benefit plans, and not-for-profit health plans.  Thus, the acts and statements that formed the basis for the violation of law in *Rybkoski, Jarrett, Harkonen,* and *InterMune* are the same as those that inflicted the harm in this case brought by Plaintiff Zurich.  Further, Plaintiff Zurich named in its complaint the same Defendants that are named in the *Rybkoski* and *Jarrett* cases, and the same Defendants that are named in the criminal matters, *Harkonen* and *InterMune*.

In addition, the assignment of this case filed by Plaintiff Zurich to the same judge, the Honorable Marilyn H. Patel, who handled *InterMune* and is handling *Harkonen, Rybkoski,* and *Jarrett* would conserve judicial resources and promote efficient determination of conflicts, claims of privilege and discovery.  Morever, where civil and criminal cases involve the same conduct, the need for a single judge to supervise all proceedings is heightened, since there my be requests for stays based on the existence of a criminal action, refusals to comply with discovery requests based on Fifth Amendment privileges and other requests arising from prosecutorial activity.  A single judge is in the best position to resolve these claims and potential conflicts.

Prior to filing this motion, counsel for Zurich American Insurance Company contacted the other parties in the *Rybkoski*, *Jarrett*, *Harkonen*, and *InterMune* cases in an attempt to determine whether any of the other parties would consent to or object to the relation of these cases.

ADMINISTRATIVE MOT. TO CONSIDER WHETHER          - 3 -
CASES SHOULD BE RELATED – NO. 08-cr-3797 MMC

1    Defendant W. Scott Harkonen consented to the relation of these cases.  Defendant InterMune, Inc.

2    and Plaintiffs Deborah J. Jarrett, Jeffrey H. Frankel and Nancy Isenhower have no objection to the

3    instant motion to relate this case to the *Rybkoski*, *Jarrett*, *Harkonen*, and *InterMune* cases.  The

4    United States neither opposes nor supports the instant motion.  Defendant Genentech, Inc. has no

5    opposition to the relation of the cases only.  And, while attempts were made to contact counsel for

6    Plaintiff Rybkoski, those attempts were unsuccessful.  Accordingly, because the United States

7    takes no position as to the instant motion to relate these cases and because counsel for Plaintiff

8    Rybkoski could not be reached, a stipulation as to the relation of these cases could not be

9    submitted.

10           In sum, it is clear that there will be an unduly burdensome duplication of labor and expense,

11   and/or a real possibility of conflicting results, if the cases are conducted before different judges.

12   Accordingly, Plaintiff respectfully requests that the Court relate this case to the *Rybkoski, Jarrett,*

13   *InterMune* and *Harkonen* Cases.

Dated:  August 22, 2008

                                    KAHN GAUTHIER SWICK, LLC

                                    /s/ Kim E. Miller
                                    Kim E. Miller (CA Bar. No. 178370)
                                    Kahn Gauthier Swick, LLC
                                    12 E. 41st St., 12th Floor
                                    New York, NY 10017
                                    Tel:  (212) 696-3730
                                    Fax: (212) 455-1498

                                    Lewis S. Kahn (La. Bar. No. 23805)
                                    Kahn Gauthier Swick, LLC
                                    650 Poydras Street, Suite 2150
                                    New Orleans, LA 70130
                                    Tel:  (504) 455-1400
                                    Fax: (504) 455-1498

ADMINISTRATIVE MOT. TO CONSIDER WHETHER          - 4 -
CASES SHOULD BE RELATED – NO. 08-cr-3797 MMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Douglas R. Plymale (La. Bar No. 28409)
dplymale@dugan-lawfirm.com
James R. Dugan, II (La. Bar No. 24785)
jdugan@dugan-lawfirm.com
Justin Bloom
jbloom@gmail.com
Stephen B. Murray, Jr.
smurrayjr@murray-lawfirm.com
Stephen B. Murray, Sr.
smurray@murray-lawfirm.com
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-018

Attorneys for Plaintiff and the Class

1  Kim E. Miller (CA Bar. No. 178370)
   Kim.Miller@kgscounsel.com
2  Kahn Gauthier Swick, LLC
   12 E. 41st St., 12th Floor
3  New York, NY 10017
   Tel:  (212) 696-3730
4  Fax: (212) 455-1498

5  Lewis S. Kahn
   Lewis.Kahn@kgscounsel.com
6  Kahn Gauthier Swick, LLC
   650 Poydras Street, Suite 2150
7  New Orleans, LA 70130
   Tel:  (504) 455-1400
8  Fax: (504) 455-1498

9  *Plaintiff's Counsel*
   [Additional Counsel Listed on Signature Page]
10
                   UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                     SAN FRANCISCO DIVISION
13

14  ZURICH AMERICAN INSURANCE              No. 08-cv-3797 MMC
    COMPANY, on behalf of itself and others
15  similarly situated,                    **[PROPOSED] ORDER
                                           RELATING CASES**
16                          Plaintiff,

17       v.                                Judge Maxine M. Chesney

18  GENENTECH, INC., INTERMUNE, INC.,
    AND W. SCOTT HARKONEN
19
                            Defendants,
20
    LINDA K. RYBKOSKI, on behalf of herself and    THIS DOCUMENT RELATES TO:
21  others similarly situated,
                                           Case No. 3:08-cv-02916-MHP
22                          Plaintiff,

23       v.

24  INTERMUNE, INC., W. SCOTT HARKONEN,
    AND GENENTECH, INC.,
25
                            Defendants.
26

27

28

**PROPOSED ORDER - ADMINISTRATIVE MOT. TO**          **- 1 -**
**CONSIDER WHETHER CASES SHOULD BE RELATED –**
**NO. 08-cv-3797 MMC**

| | |
|---|---|
| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL, on behalf of themselves and others similarly situated, | THIS DOCUMENT RELATES TO: |
| | Case No. 3:08-cv-02376-MHP |
| Plaintiff, | |
| v. | |
| INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC., | |
| Defendants. | |
| UNITED STATES OF AMERICA, | THIS DOCUMENT RELATES TO: |
| Plaintiff, | Case No. 08-cr-00164-MHP |
| v. | |
| W. SCOTT HARKONEN, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | THIS DOCUMENT RELATES TO: |
| Plaintiff, | Case No. 06-cr-00707-MHP |
| v. | |
| INTERMUNE, INC., | |
| Defendant. | |

BEFORE THE COURT, is Plaintiff Zurich American Insurance Company's Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The cases to which Plaintiff seeks to relate its case are:

> *Linda K. Rybkoski, et al. v. InterMune, Inc., et al.*, Case No. 08-cv-02916 ("*Rybkoski*"), filed June 11, 2008

> *Debra Jane Jarrett, et al. v. InterMune, Inc., et al.*, Case No. 08-cv-02376 (*"Jarrett"*) filed May 8, 2008

> *United States v. Harkonen*, Case No. 08-cr-00164 MHP (*"Harkonen"*), filed March 18, 2008; and

*United States v. InterMune, Inc.* Case No. 06-cr-00707 MHP (*"InterMune"*), filed October 2, 2006.

Based upon a review of the record and the submissions of the parties, the Court finds good cause to relate this case to the *Rybkoski*, *Jarrett*, *Harkonen*, and *InterMune* cases listed above. Accordingly, Plaintiff's Administrative Motion is **GRANTED**.

IT IS ORDERED that the instant action entitled *Zurich American Insurance Company. v. Genentech, Inc., et al.,* Case No. 08-cv-03797, be and hereby is related to the *Rybkoski*, *Jarrett*, *Harkonen*, and *InterMune* cases listed above.

San Francisco, California, this _____ day of _____, 2008

_____
UNITED STATES DISTRICT JUDGE

1    Kim E. Miller (CA Bar. No. 178370)
    Kim.Miller@kgscounsel.com
2    Kahn Gauthier Swick, LLC
    12 E. 41st St., 12th Floor
3    New York, NY 10017
    Tel: (212) 696-3730
4    Fax: (212) 455-1498

5    Lewis S. Kahn
    Lewis.Kahn@kgscounsel.com
6    Kahn Gauthier Swick, LLC
    650 Poydras Street, Suite 2150
7    New Orleans, LA 70130
    Tel: (504) 455-1400
8    Fax: (504) 455-1498

9    *Plaintiff's Counsel*

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13    ZURICH AMERICAN INSURANCE      No. 08-cv-3797 MMC
    COMPANY,
14

15                    Plaintiff,     **PROOF OF SERVICE**

16      v.                        Judge Maxine M. Chesney

17    GENENTECH, INC., INTERMUNE, INC.,
    AND W. SCOTT HARKONEN

18                 Defendants,

19

20        I, the undersigned, state that I am a permanent resident of the United States and am

21    employed in the City of New Orleans and the Parish of Orleans; that I am over the age of eighteen

22    (18) years and not a party within the action; that I am a partner in the law firm of Kahn Gauthier

23    Swick, LLC, 650 Poydras Street, Suite 2150, New Orleans, Louisiana 70130; that on the date set

24    out below, I served a true copy of the attached

25        1. Administrative Motion to Consider Whether Cases Should be Related;

26        2. Proposed Order Relating Cases; and

27        3. Proof of Service

28

PROOF OF SERVICE - ADMINISTRATIVE MOT. TO     - 1 -
CONSIDER WHETHER CASES SHOULD BE RELATED –
NO. 08-cv-3797 MMC

1

2

on the persons listed below by placing true copies of same, postage prepaid, in the United Stats

Mail and/or via E-mail, and properly addressed as follows:

3

4

5

6

7

8

9

10

Simon J. Frankel
E-mail: sfrankel@cov.com
Erin C. Smith
E-mail: esmith@cov.com
Covinton & Burling LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:  (415) 591-6000
Facsimile:   (415) 591-6091

11

12

13

14

15

Ethan M. Posner
E-mail: eposner@cov.com
Covington & Burling LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004-2401
Telephone:  (202) 662-6000
Facsimile:   (202) 662-6291
*Counsel for InterMune, Inc.*

16

17

18

19

20

William M. Goodman
E-mail: wgoodman@kasowitz.com
Marcus Sanders Topel
E-mail: mtopel@kasowitz.com
Kasowitz Benson Torres & Friedman LLP
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:   (415) 398-5030
*Counsel for Defendant W. Scott Harkonen*

21

22

23

24

25

26

27

28

1

2 | Gerson Avery Zweifach
E-mail: gzweifach@wc.com

3 | George W. Hicks , Jr.
E-mail: ghicks@wc.com

4 | Richard S. Scott
E-mail: rscott@wc.com

5 | Jessamyn S. Berniker
E-mail: jberniker@wc.com

6 | Williams & Connolly LLP

7 | 725 Twelfth St., NW
Washington, DC 20004

8 | Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029

9

10 | Jeffrey G. Knowles
E-mail: JGK@cpdb.com

11 | Coblentz, Patch, Duffy & Bass
One Ferry Building , Suite 200

12 | San Francisco , CA 94111
Telephone:  (415) 391-4800

13 | Facsimile:  (415) 989-1663
***Counsel for Defendant Genentech, Inc.***

14 | Reed R. Kathrein
E-mail: reed@hbsslaw.com

15 | Hagens, Berman, Sobol Shapiro, LLP

16 | 715 Hearst Avenue, Suite 202
Berkeley, CA 94710

17 | Telephone: (510) 725-3000
Facsimile: (510) 725-3001

18

19 | Thomas M. Sobol
E-mail: tom@hbsslaw.com

20 | David S. Nalven
E-mail: davidn@hbsslaw.com

21 | Hagens, Berman, Sobol Shapiro, LLP
One Main Street, 4th Floor

22 | Cambridge, MA 02142
Telephone:  (617) 482-3700

23 | Facsimile:  (617) 482-3003

24

25 | Douglass A. Kreis
E-mail: dkreis@aws-law.com

26 | Aylstock, Witkin & Passer, PLC
603 N. Palazo Street

27 | Pensacola, FL 32501
Telephone:  (850) 916-7450

28 | Facsimile:  (850) 916-7449

- 3 -

1

Lance A. Harke
E-mail: lharke@harkeclasby.com

2

Harke & Clasby, LLP

3

155 S. Miami Avenue, Suite 600
Miami, FL 33131

4

Telephone: (305) 536-8220
Facsimile:  (305) 536-8229

5

6

Steve W. Berman
E-mail: steve@hbsslaw.com

7

Hagens, Berman, Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900

8

Seattle, WA 98101
Telephone: (206) 623-7292

9

Facsimile:  (206) 623-0594

*Counsel for Plaintiffs Deborah J. Jarrett, Jeffrey H. Frankel and Nancy Isenhower*

10

Mark J. Tamblyn
E-mail: mjt@wtwlaw.com

11

Wexler Toriseva Wallace, LLP

12

1610 Arden Way, Suite 290
Sacramento, CA 95815

13

Telephone: (916) 568-1100
Facsimile:  (916) 568-7890

14

15

Kenneth A. Wexler
E-mail: kaw@wtwlaw.us

16

Jennifer Fountain Connolly
E-mail: jfc@wtwlaw.us

17

Wexler Toriseva Wallace, LLP
55 W. Monroe Street ,Suite 3300

18

Chicago , IL 60603

19

Telephone: (312) 346-2222
Facsimile:  (312) 346-0088

20

*Counsel for Plaintiff Linda K. Rybkoski*

21

22

23

24

25

26

27

28

1

2   Ioana Petrou
E-mail: ioana.petrou@usdoj.gov

3   Jonathan D. Schmidt
E-mail: Jonathan.Schmidt@usdoj.gov

4   U.S. Attorney's Office
450 Golden Gate Avenue, 11th Floor

5   San Francisco , CA 94102
Telephone: (415) 436-7189 or 308-7898

6   Facsimile: (415) 436-7234

7

8   Allan Gordus
E-mail: allan.gordus@usdoj.gov

9   Office of Consumer Litigation
United States Department of Justice

10   Post Office Box 386
Washington , DC 20044

11   Telephone: (202) 307-1862
Facsimile: (202)-514-8742

12

13   Sondra Lee Mills
E-mail: sondra.mills@usdoj.gov

14   U.S. Department of Justice
P.O. Box 386

15   Ben Franklin Station
Washington , DC 20044

16   Telephone: (202) 616-2375
Facsimile: (202) 514-8742

17   ***Counsel for United States***

18   Dated: August 22, 2008

19

20                      KAHN GAUTHIER SWICK, LLC

21

22                      Kevin L. Oufnac

23                      Kahn Gauthier Swick, LLC
650 Poydras Street, Suite 2150

24                      New Orleans, LA 70130
Tel: (504) 455-1400

25                      Fax: (504) 455-1498

26

27

28